# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3:22-CV-00066-N

Plaintiff:
**Valtrus Innovations, Ltd.**

vs.

Defendant:
**Google, LLC**

For:
Hilgers Graben PLLC
10000 N. Central Expwy.
Dallas, TX 75231

Received by Mike Techow on the **12th day of January, 2022** at **1:20 pm** to be served on **Google LLC by serving its Registered Agent, Corporation Service Company d/b/a CSC Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **12th day of January, 2022** at **3:25 pm**, I:

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT**, by delivering a true copy of the **Summons in a Civil Action, Valtrus Innovations Ltd.'s Complaint for Patent Infringement, and Exhibits 1 through 6** with the date of service endorsed thereon by me, to: **Evie Lichtenwalter, Corporation Service Company** as **Authorized Agent** at the address of: **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Google LLC**, and informed said person of the contents therein, in compliance with state statutes.

Subscribed and Sworn to before me on the 12th day of January, 2022 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

_____
**Mike Techow**
PSC-1215, Exp. 7/31/2022

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2022000334
Ref: Valtrus Innovations v. Google, LLC