# EXHIBIT C

**Valtrus Innovations Ltd.'s Proposed Plain and Ordinary Meaning Constructions**

I. U.S. Patent No. 6,728,704

| Patent | Claim(s) | Term | Valtrus's Proposed Construction |
|---|---|---|---|
| '704 | 3, 14 | uniformly spaced | Plain and ordinary meaning to a person of ordinary skill in the art in light of the specification. |
| '704 | 5, 16 | specified number | Plain and ordinary meaning to a person of ordinary skill in the art in light of the specification. |
| '704 | 5, 16, 17 | average value | Plain and ordinary meaning to a person of ordinary skill in the art in light of the specification. |
| '704 | 6, 17 | preferentially based on its probability value | Plain and ordinary meaning to a person of ordinary skill in the art in light of the specification. |

I. U.S. Patent No. 6,738,764

| Patent | Claim(s) | Term | Valtrus's Proposed Construction |
|---|---|---|---|
| '764 | 4, 5, 11, 12, 17, 18 | function that adaptively weighs | Plain and ordinary meaning to a person of ordinary skill in the art in light of the specification. |
| '764 | 5, 12, 18 | prior search result viewing behavior | Plain and ordinary meaning to a person of ordinary skill in the art in light of the specification. |

I. U.S. Patent No. 7,346,604

| Patent | Claim(s) | Term | Valtrus's Proposed Construction |
|---|---|---|---|
| '604 | 12 | broad classification | Plain and ordinary meaning to a person of ordinary skill in the art in light of the specification. |
| '604 | 13, 14, 16, 17 | edge score(s) | Plain and ordinary meaning to a person of ordinary skill in the art in light of the specification. |
| '604 | 17 | edges to the same target | Plain and ordinary meaning to a person of ordinary skill in the art in light of the specification. |

| '604 | 17 | edge having a lower edge score | Plain and ordinary meaning to a person of ordinary skill in the art in light of the specification. |
| '604 | 18 | rightmost non-generic suffix | Plain and ordinary meaning to a person of ordinary skill in the art in light of the specification. |
| '604 | 19 | level score | Plain and ordinary meaning to a person of ordinary skill in the art in light of the specification. |

## I.   U.S. Patent No. 6,816,809

| Patent | Claim(s) | Term | Valtrus's Proposed Construction |
|---|---|---|---|
| '809 | 8, 11, 15 | usage data provider | Plain and ordinary meaning to a person of ordinary skill in the art in light of the specification. |