IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

VALTRUS INNOVATIONS LTD.,

      Plaintiff,

v.

                                                Civil Action No. 3:22-CV-00066-N

GOOGLE LLC,

      Defendant.

## <u>DEFENDANT GOOGLE LLC'S MOTION FOR WITHDRAWAL OF NON-LEAD COUNSEL</u>

Pursuant to Northern District of Texas Local Rule 83.12, Defendant Google LLC ("Defendant") respectfully requests the withdrawal of Charles K. Verhoeven as non-lead counsel in the above-captioned matter. Plaintiff is unopposed.

Charles K. Verhoeven of Quinn Emanuel Urquhart & Sullivan, LLP (hereinafter "Quinn Emanuel") hereby withdraws as counsel for Defendant Google LLC in the above-captioned matter. This motion for withdrawal is necessary because Mr. Verhoeven is no longer at Quinn Emanuel. Defendant Google LLC will continue to be represented by Quinn Emanuel and Lynn Pinker Hurst & Schwegmann LLP.

Defendant respectfully requests that this Honorable Court and all counsel of record take notice that Mr. Verhoeven will no longer be involved in this case and remove him from the service list and any future pleadings in this matter.

**DEFENDANT GOOGLE LLC'S MOTION FOR WITHDRAWAL OF NON-LEAD COUNSEL Page 1 of 3**

DATED: May 3, 2023

Respectfully submitted,

*/s/ Michael K. Hurst*

Michael K. Hurst
mhurst@lynnllp.com
Texas Bar No. 10316310
Patrick Disbennett
pdisbennett@lynnllp.com
Texas Bar No. 24094629
Barira Munshi
bmunshi@lynnllp.com
Texas Bar No. 24095924

**LYNN PINKER HURST &
SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 (Telephone)
(214) 981-3839 (Facsimile)


David A. Perlson
Antonio Sistos
Michael Trombetta
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600 (Telephone)
415-875-6700 (Facsimile)

Deepa Acharya
Patrick Stafford
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
1300 I Street, NW
Washington, DC 20005
202-538-8107 (Telephone)
202-538-8100 (Facsimile)

**ATTORNEYS FOR DEFENDANT
GOOGLE LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that on May 2, 2023, I conferred with counsel for Plaintiff, who confirmed that they do not oppose the above motion.

/s/ Michael K. Hurst
Michael K. Hurst

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to counsel for all parties of record.

/s/ Michael K. Hurst
Michael K. Hurst