IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 3:22-CV-00066-N |

## ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION FOR WITHDRAWAL OF NON-LEAD COUNSEL

Before the Court is Defendant Google LLC's Unopposed Motion for Withdrawal of Charles K. Verhoeven. The Court **GRANTS** this motion. Charles K. Verhoeven is no longer attorney of record in this case. The clerk is directed to terminate CM/ECF notices to Charles K. Verhoeven.

SIGNED this ____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE