IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 3:22-CV-00066-N |

**DEFENDANT GOOGLE LLC'S NOTICE OF RELATED PROCEEDING/STATUS REPORT REGARDING MOTION TO LIFT STAY PENDING *INTER PARTES* REVIEW (Dkt. 186)**

As discussed in Google's Opposition to Plaintiff Valtrus Innovations Ltd.'s Opposed Motion to Lift the Stay Pending *Inter Partes* Review, Google filed a request for *ex parte* reexamination of the asserted '809 patent with the USPTO in February 2024. *See* Dkt. 188, 2, 3-4, 20-21, 25. The USPTO issued an Order granting Google's request for *ex parte* reexamination on two separate sets of grounds on May 20, 2024. Ex. A.

1

| | |
|---|---|
| DATE: May 20, 2024 | Respectfully submitted,<br><br>/s/ *Michael K. Hurst*<br>Michael K. Hurst<br>mhurst@lynnllp.com<br>Texas Bar No. 10316310<br>Julia Simon<br>jsimon@lynnllp.com<br>Texas Bar No. 00784970<br>Joshua D. Lang<br>jlang@lynnllp.com<br>Texas Bar No. 24109450<br>LYNN PINKER HURST &<br>SCHWEGMANN LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>(214) 981-3800 (Telephone)<br>(214) 981-3839 (Facsimile)<br><br>David A. Perlson<br>Antonio Sistos<br>Michael Trombetta<br>Elle Wang<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>415-875-6600 (Telephone)<br>415-875-6700 (Facsimile)<br><br>Deepa Acharya<br>Patrick Stafford<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>1300 I Street, NW<br>Washington, DC 20005<br>202-538-8107 (Telephone)<br>202-538-8100 (Facsimile)<br><br>*ATTORNEYS FOR DEFENDANT GOOGLE LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2024, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to counsel for all parties of record.

<em>/s/ Michael K. Hurst</em>