**Gina Flores**

| | |
|---|---|
| **From:** | Joshua Lang |
| **Sent:** | Monday, December 23, 2024 11:11 PM |
| **To:** | Sheasby, Jason |
| **Cc:** | Love Greg; David Perlson; Chelsea Till; Proctor, Amy; Stickney Judge Paul; Deepa Acharya; Michael K. Hurst |
| **Subject:** | RE: Valtrus v. Google:  Extension request for recently filed motions; Valtrus II Conference |

[EXTERNAL EMAIL from jlang@lynnllp.com]



Counsel,

We do not understand.  We agreed to the compromise extension you offered.  We have agreed to provide reasonable, professional courtesy for extensions in the future.  To the extent that you are asking that Google agree that Valtrus will get a two week extension to the next two motions that Google files on any issue, on any subject matter, at any time, and regardless of urgency of need of resolution of said presently unknown motion, then Google cannot agree and will file an opposed motion seeking expedited relief noting your unreasonable position.


Thank you,
Josh

--
**JOSHUA D. LANG**, Attorney
**Lynn Pinker Hurst & Schwegmann, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
lynnllp.com

| **Direct Dial** | 214-292-3621 |
|---|---|
| **Cell Phone** | 859-360-9368 |

jlang@lynnllp.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

EXHIBIT B

**From:** Sheasby, Jason <JSheasby@irell.com>
**Sent:** Monday, December 23, 2024 9:48 PM
**To:** Joshua Lang <jlang@lynnllp.com>
**Cc:** Love Greg <Greg@stecklerlaw.com>; Perlson David <davidperlson@quinnemanuel.com>; Chelsea Till <ctill@lynnllp.com>; Proctor, Amy <AProctor@irell.com>; Stickney Judge Paul <judgestickney@stecklerlaw.com>; Love Greg <Greg@stecklerlaw.com>; Perlson David <davidperlson@quinnemanuel.com>; Chelsea Till <ctill@lynnllp.com>; Proctor, Amy <AProctor@irell.com>; Stickney Judge Paul <judgestickney@stecklerlaw.com>
**Subject:** Re: Valtrus v. Google: Extension request for recently filed motions; Valtrus II Conference

josh.

Our position is in Greg's email.
Best
JS

On Dec 23, 2024, at 7:43 PM, Joshua Lang <jlang@lynnllp.com> wrote:

Greg,

Thank you. We will file the motions as unopposed seeking the following extensions as you proposed earlier today. And yes, of course, we intend to be reasonable and provide professional courtesy as you have here going forward.

2. As to your request for an extension on the response to the motions to consolidate in Valtrus I and II, and Valtrus' Motion to Amend the Complaint in Valtrus I, Valtrus is willing to not oppose an extension from January 8th to January 22nd so long as Google agrees not to use the agreement as a basis to delay the status conference on January 8th in Valtrus II. Please confirm.

3. Valtrus is willing to not oppose an extension from January 2nd to January 16th for Google's response to the Amended complaint in Valtrus II so long as Google agrees not to use the agreement as a basis to delay the status conference on January 8th in Valtrus II. Please confirm.

Thank you,
Josh

--
JOSHUA D. LANG, Attorney
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
lynnllp.com<https://url.us.m.mimecastprotect.com/s/xg3wCxklyPlxoRAOUvhBlyqWRf/>

**EXHIBIT B**

Direct Dial 214-292-3621
Cell Phone 859-360-9368

jlang@lynnllp.com<mailto:jlang@lynnllp.com>

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

From: Greg Love <Greg@stecklerlaw.com>
Sent: Monday, December 23, 2024 9:09 PM
To: Joshua Lang <jlang@lynnllp.com>
Cc: David Perlson <davidperlson@quinnemanuel.com>; Chelsea Till <ctill@lynnllp.com>; Jason Sheasby <JSheasby@irell.com>; Proctor, Amy <AProctor@irell.com>; Judge Paul Stickney <judgestickney@stecklerlaw.com>
Subject: Re: Valtrus v. Google: Extension request for recently filed motions; Valtrus II Conference

Josh-

As to your request for an extension on the response to the motions to consolidate in Valtrus I and II, and Valtrus' Motion to Amend the Complaint in Valtrus I, Valtrus is willing to not oppose an extension from January 8th to January 22nd so long as Google agrees not to use the agreement as a basis to delay the status conference on January 8th in Valtrus II and Google agrees to a similar courtesy the next time it files a motion.

Valtrus is willing to not oppose an extension from January 2nd to January 16th for Google's response to the Amended complaint in Valtrus II so long as Google agrees not to use the agreement as a basis to delay the status conference on January 8th in Valtrus II and Google agrees to a similar courtesy the next time it files a motion.

Greg Love
Steckler Wayne & Love PLLC
East Texas Office
903.212.4444

_____

From: Joshua Lang <jlang@lynnllp.com<mailto:jlang@lynnllp.com>>
Sent: Monday, December 23, 2024 8:40 PM
To: Greg Love <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com>>
Cc: David Perlson <davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com>>; Chelsea Till <ctill@lynnllp.com<mailto:ctill@lynnllp.com>>
Subject: FW: Valtrus v. Google: Extension request for recently filed motions; Valtrus II Conference

Hi Greg,

EXHIBIT B

We took a closer look at Jason's email below, and it appears to us that Jason is suggesting that our proposed extensions are unopposed on the conditions listed below in my email. Of course, we intend to be reasonable and provide professional courtesy as you have here going forward.

Can you please confirm with Jason Sheasby?

Conditions to Unopposed Motions to Continue:

As to your request for an extension on the response to the motions to consolidate in Valtrus I and II, and Valtrus' Motion to Amend the Complaint in Valtrus I, Valtrus is willing to not oppose an extension from January 8th to January 22nd so long as Google agrees not to use the agreement as a basis to delay the status conference on January 8th in Valtrus II. Please confirm.

Valtrus is willing to not oppose an extension from January 2nd to January 16th for Google's response to the Amended complaint in Valtrus II so long as Google agrees not to use the agreement as a basis to delay the status conference on January 8th in Valtrus II. Please confirm.


--
JOSHUA D. LANG, Attorney
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
lynnllp.com<https://url.us.m.mimecastprotect.com/s/xg3wCxklyPIxoRAOUvhBlyqWRf/>

Direct Dial 214-292-3621
Cell Phone 859-360-9368

jlang@lynnllp.com<mailto:jlang@lynnllp.com>

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

From: Sheasby, Jason <JSheasby@irell.com<mailto:JSheasby@irell.com>>
Sent: Monday, December 23, 2024 7:52 PM
To: David Perlson <davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com>>;
Chelsea Till <ctill@lynnllp.com<mailto:ctill@lynnllp.com>>; Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com>>
Cc: Love Greg <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com>>; Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com>>; Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com>>; He-Schaefer, Connor <che-schaefer@irell.com<mailto:che-schaefer@irell.com>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com>>; Tonia Ashworth



<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com>>; QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com>>; Stickney Judge Paul <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com>>; #Valtrus-Google [Int] <Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com>>; Gina Flores <gflores@lynnllp.com<mailto:gflores@lynnllp.com>>; Haihang Wang <haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com>>; Love Greg <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com>>; Proctor, Amy <AProctor@irell.com<mailto:AProctor@irell.com>>; Michael K. Hurst <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com>>; He-Schaefer, Connor <che-schaefer@irell.com<mailto:che-schaefer@irell.com>>; Julia Simon <jsimon@lynnllp.com<mailto:jsimon@lynnllp.com>>; Tonia Ashworth <TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com>>; Stickney Judge Paul <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com>>; #Valtrus-Google [Int] <Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com>>; Gina Flores <gflores@lynnllp.com<mailto:gflores@lynnllp.com>>; Haihang Wang <haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com>>>
Subject: Re: Valtrus v. Google: Extension request for recently filed motions; Valtrus II Conference

To be clear, we don't oppose your extensions at all on the stipulations below we just ask for the same courtesy when you file motions against us.

From: Jason Sheasby <JSheasby@irell.com<mailto:JSheasby@irell.com>>
Date: Monday, December 23, 2024 at 3:55 PM
To: David Perlson <davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com>>, Chelsea Till <ctill@lynnllp.com<mailto:ctill@lynnllp.com>>, Joshua Lang <jlang@lynnllp.com<mailto:jlang@lynnllp.com>>
Cc: Love Greg <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com>>, "Proctor, Amy" <AProctor@irell.com<mailto:AProctor@irell.com>>, "Michael K. Hurst" <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com>>, "He-Schaefer, Connor" <che-schaefer@irell.com<mailto:che-schaefer@irell.com>>, Julia Simon <jsimon@lynnllp.com<mailto:jsimon@lynnllp.com>>, Tonia Ashworth <TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com>>, QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com>>, Stickney Judge Paul <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com>>, "#Valtrus-Google [Int]" <Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com>>, Gina Flores <gflores@lynnllp.com<mailto:gflores@lynnllp.com>>, Haihang Wang <haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com>>, Love Greg <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com>>, "Proctor, Amy" <AProctor@irell.com<mailto:AProctor@irell.com>>, "Michael K. Hurst" <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com>>, "He-Schaefer, Connor" <che-schaefer@irell.com<mailto:che-schaefer@irell.com>>, Julia Simon <jsimon@lynnllp.com<mailto:jsimon@lynnllp.com>>, Tonia Ashworth <TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com>>, Stickney Judge Paul <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com>>, "#Valtrus-Google [Int]" <Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com>>, Gina Flores <gflores@lynnllp.com<mailto:gflores@lynnllp.com>>, Haihang Wang <haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com>>>
Subject: Re: Valtrus v. Google: Extension request for recently filed motions; Valtrus II Conference

EXHIBIT B

David:

There was no confusion. The purpose of this request was to avoid a tactic you have employed in the past.

1. Seek a delay of our motion being briefed
2. File your own motion.
3. Refuse to give us an extension on your motion.

Thanks
JS
From: David Perlson <davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com>>
Date: Monday, December 23, 2024 at 3:54 PM
To: Chelsea Till <ctill@lynnllp.com<mailto:ctill@lynnllp.com>>, Jason Sheasby <JSheasby@irell.com<mailto:JSheasby@irell.com>>, Joshua Lang <jlang@lynnllp.com<mailto:jlang@lynnllp.com>>
Cc: Love Greg <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com>>, "Proctor, Amy" <AProctor@irell.com<mailto:AProctor@irell.com>>, "Michael K. Hurst" <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com>>, "He-Schaefer, Connor" <che-schaefer@irell.com<mailto:che-schaefer@irell.com>>, Julia Simon <jsimon@lynnllp.com<mailto:jsimon@lynnllp.com>>, Tonia Ashworth <TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com>>, QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com>>, Stickney Judge Paul <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com>>, "#Valtrus-Google [Int]" <Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com>>, Gina Flores <gflores@lynnllp.com<mailto:gflores@lynnllp.com>>, Haihang Wang <haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com>>, Love Greg <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com>>, "Proctor, Amy" <AProctor@irell.com<mailto:AProctor@irell.com>>, "Michael K. Hurst" <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com>>, "He-Schaefer, Connor" <che-schaefer@irell.com<mailto:che-schaefer@irell.com>>, Julia Simon <jsimon@lynnllp.com<mailto:jsimon@lynnllp.com>>, Tonia Ashworth <TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com>>, Stickney Judge Paul <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com>>, "#Valtrus-Google [Int]" <Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com>>, Gina Flores <gflores@lynnllp.com<mailto:gflores@lynnllp.com>>, Haihang Wang <haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com>>
Subject: RE: Valtrus v. Google: Extension request for recently filed motions; Valtrus II Conference

Counsel, I think there may have been some confusion here. We agree to commensurate extensions on the oppositions/ replies that relate to the motions at issue in our extension request, but not on unknown motions that may happen in the future. Of course, we intend to be reasonable and provide professional courtesy as you have here going forward.

From: Chelsea Till <ctill@lynnllp.com<mailto:ctill@lynnllp.com>>
Sent: Monday, December 23, 2024 3:13 PM

EXHIBIT B

To: Sheasby, Jason <JSheasby@irell.com<mailto:JSheasby@irell.com>>; Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com>>
Cc: Love Greg <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com>>; Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com>>; David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com>>; Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com>>; He-Schaefer, Connor <che-
schaefer@irell.com<mailto:che-schaefer@irell.com>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com>>; Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com>>; QE-Valtrus <qe-
valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com>>; Stickney Judge Paul
<judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com>>; #Valtrus-Google [Int]
<Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com>>; Gina Flores
<gflores@lynnllp.com<mailto:gflores@lynnllp.com>>; Haihang Wang
<haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com>>; Love Greg
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com>>; Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com>>; David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com>>; Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com>>; He-Schaefer, Connor <che-
schaefer@irell.com<mailto:che-schaefer@irell.com>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com>>; Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com>>; Stickney Judge Paul
<judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com>>; #Valtrus-Google [Int]
<Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com>>; Gina Flores
<gflores@lynnllp.com<mailto:gflores@lynnllp.com>>; Haihang Wang
<haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com>>
Subject: RE: Valtrus v. Google: Extension request for recently filed motions; Valtrus II Conference


[EXTERNAL EMAIL from
ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>]

_____
Yes, that was a typo. The next two motions we file.

We are in agreement.

Thanks.

CHELSEA TILL, Of Counsel
Lynn Pinker Hurst & Schwegmann
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
lynnllp.com<http://lynnllp.com><http://www.lynnllp.com<https://url.us.m.mimecastprotect.com/s/xg3
wCxklyPIxoRAOUvhBIyqWRf>>

Direct 214 292 3632
Cell 281 796 6697
ctill@lynnllp.com<mailto:ctill@lynnllp.com%0d<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com

EXHIBIT B

%0d>>

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

From: Sheasby, Jason
<JSheasby@irell.com<mailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com>>>
Sent: Monday, December 23, 2024 5:08 PM
To: Chelsea Till
<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>;
Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@ly​nnllp.com>>>
Cc: Love Greg
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailt​o:Greg@stecklerlaw.com>>>; Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:APro​ctor@irell.com>>>; Perlson David
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperl​son@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>; Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:​MHurst@lynnllp.com>>>; He-Schaefer, Connor <che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimo​n@lynnllp.com>>>; Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3c​mailto:TAshworth@lynnllp.com>>>; QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmai​lto:qe-valtrus@quinnemanuel.com>>>; Stickney Judge Paul
<judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:jud​gestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>; #Valtrus-Google [Int] <Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com<mailto:Valtrus-Goo​gle@irell.com%3cmailto:Valtrus-Google@irell.com>>>; Gina Flores
<gflores@lynnllp.com<mailto:gflores@lynnllp.com<mailto:gflores@lynnllp.com%3cmailto:gf​lores@lynnllp.com>>>; Wang Haihang
<haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com<mailto:haihangwang@​quinnemanuel.com%3c​mailto:haihangwang@quinnemanuel.com>>>; Love Greg
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:G​re​g@stecklerlaw.com>>>; Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:APro​ctor@irell.com>>>; Perlson David
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q

EXHIBIT B

uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>; Michael K. Hurst <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>; He-Schaefer, Connor <che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com.com%3cmailto:che-schaefer@irell.com>>>; Julia Simon <jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>; Tonia Ashworth <TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>; Stickney Judge Paul <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>; #Valtrus-Google [Int] <Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com.com%3cmailto:Valtrus-Google@irell.com>>>; Gina Flores <gflores@lynnllp.com<mailto:gflores@lynnllp.com<mailto:gflores@lynnllp.com%3cmailto:gflores@lynnllp.com>>>; Wang Haihang <haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com%3cmailto:haihangwang@quinnemanuel.com>>>
Subject: Re: Valtrus v. Google: Extension request for recently filed motions; Valtrus II Conference

It was the next two motions

From: Chelsea Till <ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>
Date: Monday, December 23, 2024 at 3:07 PM
To: Jason Sheasby <JSheasby@irell.com<mailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com>>>, Joshua Lang <jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>
Cc: Love Greg <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>, "Proctor, Amy" <AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com>>>, Perlson David <davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>, "Michael K. Hurst" <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>, "He-Schaefer, Connor" <che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>, Julia Simon <jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>, Tonia Ashworth <TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>, QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>, Stickney Judge Paul <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>, "#Valtrus-Google [Int]" <Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com%3cmailto:Valtrus-Google@irell.com>>>, Gina Flores

EXHIBIT B

<gflores@lynnllp.com<mailto:gflores@lynnllp.com<mailto:gflores@lynnllp.com%3cmailto:gflores@lynnllp.com>>>, Wang Haihang <haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com%3cmailto:haihangwang@quinnemanuel.com>>>, Love Greg <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>, "Proctor, Amy" <AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:APoctor@irell.com>>>, Perlson David <davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>, "Michael K. Hurst" <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>, "He-Schaefer, Connor" <che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>, Julia Simon <jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>, Tonia Ashworth <TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>, Stickney Judge Paul <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>, "#Valtrus-Google [Int]" <Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com%3cmailto:Valtrus-Google@irell.com>>>, Gina Flores <gflores@lynnllp.com<mailto:gflores@lynnllp.com<mailto:gflores@lynnllp.com%3cmailto:gflores@lynnllp.com>>>, Wang Haihang <haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com%3cmailto:haihangwang@quinnemanuel.com>>>
Subject: RE: Valtrus v. Google: Extension request for recently filed motions; Valtrus II Conference

Jason,

Your fourth stipulation is fine. We will agree to an equal extension on the next motion we file if you ask. We hope that going forward both parties can mutually agree to reasonable extensions as necessary.

Based on your email below, we will proceed with filing both motions for extensions (using the agreed upon proposed deadlines below) and mark you as unopposed.

Thank you and Merry Christmas,

CHELSEA TILL, Of Counsel
Lynn Pinker Hurst & Schwegmann
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
lynnllp.com<http://lynnllp.com><http://lynnllp.com<http://lynnllp.com>><https://url.us.m.mimecastprotect.com/s/8H57Cv2jwNIAzAVnsXh0IQAkBd/<https://url.us.m.mimecastprotect.com/s/8H57Cv2jwNIAzAVnsXh0IQAkBd<https://url.us.m.mimecastprotect.com/s/xg3wCxkIyPIxoRAOUvhBIyqWRf>>>

Direct 214 292 3632
Cell 281 796 6697
ctill@lynnllp.com<mailto:ctill@lynnllp.com%0d<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com

EXHIBIT B

%0d<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%0d%3cmailto:ctill@lynnllp.com%3cmailto
:ctill@lynnllp.com%0d>>>

The information contained in this communication is confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn
Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any
part thereof is strictly prohibited and may be unlawful. If you have received this communication in error,
please notify us immediately by return e-mail, and destroy this communication and all copies thereof,
including all attachments.


From: Sheasby, Jason
<JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@ire
ll.com>>>
Sent: Monday, December 23, 2024 4:51 PM
To: Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com
>>>
Cc: Love Greg
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Gre
g@stecklerlaw.com>>>; Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.
com>>>; Perlson David
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q
uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>; Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@l
ynnllp.com>>>; He-Schaefer, Connor <che-schaefer@irell.com<mailto:che-
schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lyn
nllp.com>>>; Chelsea Till
<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>;
Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:T
Ashworth@lynnllp.com>>>; QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com>>>; Stickney Judge Paul
<judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@steck
lerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>; #Valtrus-Google [Int] <Valtrus-
Google@irell.com<mailto:Valtrus-Google@irell.com<mailto:Valtrus-
Google@irell.com%3cmailto:Valtrus-Google@irell.com>>>; Gina Flores
<gflores@lynnllp.com<mailto:gflores@lynnllp.com<mailto:gflores@lynnllp.com%3cmailto:gflores@lyn
nllp.com>>>; Wang Haihang
<haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com<mailto:haihangwang@
quinnemanuel.com%3cmailto:haihangwang@quinnemanuel.com>>>; Love Greg
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Gre
g@stecklerlaw.com>>>; Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.
com>>>; Perlson David

EXHIBIT B

<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>; Michael K. Hurst <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>; He-Schaefer, Connor <che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>; Julia Simon <jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>; Chelsea Till <ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>; Tonia Ashworth <TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>; Stickney Judge Paul <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>; #Valtrus-Google [Int] <Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com%3cmailto:Valtrus-Google@irell.com>>>; Gina Flores <gflores@lynnllp.com<mailto:gflores@lynnllp.com<mailto:gflores@lynnllp.com%3cmailto:gflores@lynnllp.com>>>; Wang Haihang <haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com%3cmailto:haihangwang@quinnemanuel.com>>>
Subject: Re: Valtrus v. Google: Extension request for recently filed motions; Valtrus II Conference

Josh.

i am afraid that proposal inadvertently left something out.

On tactic you have used in the past is to demand an excessive extension and then file a motion against us that you seek to either expedite or get in front of our motions.

so the forth stipulation is you grant us the same extension on the next motions you file if we ask.
Best
JS

On Dec 23, 2024, at 2:48 PM, Joshua Lang <jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>> wrote:


Hi Greg

Thanks for speaking with me just now. Like we discussed, we accept your original proposal as written below.

Thank you
Josh

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for

12



Android<https://aka.ms/AAb9ysg><https://aka.ms/AAb9ysg><https://aka.ms/AAb9ysg%3chttps:/aka.ms/AAb9ysg<https://aka.ms/AAb9ysg%3chttps:/aka.ms/AAb9ysg%3chttps:/aka.ms/AAb9ysg%3chttps:/aka.ms/AAb9ysg>>>>

_____

From: Greg Love <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.co>m<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>>
Sent: Monday, December 23, 2024 3:01:42 PM
To: Joshua Lang <jlang@lynnllp.com<mailto:jlang@lynnllp.com>.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>>; Proctor, Amy <AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:APr>octor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com>>>>; David Perlson <davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>>
Cc: Michael K. Hurst <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>>; Sheasby, Jason <JSheasby@irell.com<mailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:J>Sheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com>>>>; He-Schaefer, Connor <che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irel>l.com%3cmailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>>; Julia Simon <jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsim>on@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>>; Chelsea Till <ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>>; Tonia Ashworth <TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>>; QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>>; Judge Paul Stickney <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>>; #Valtrus-Google [Int] <Valtrus-Google@irell.com<mailto:Valtrus-

EXHIBIT B

Google@irell.com<mailto:Valtrus-Google@irell.com%3cmailto:Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com%3cmailto:Valtrus-Google@irell.com%3cmailto:Valtrus-Google@irell.com%3cmailto:Valtrus-Google@irell.com>>>>; Gina Flores <gflores@lynnllp.com<mailto:gflores@lynnllp.com<mailto:gflores@lynnllp.com%3cmailto:gflores@lynnllp.com<mailto:gflores@lynnllp.com%3cmailto:gflores@lynnllp.com%3cmailto:gflores@lynnllp.com>>>>; Haihang Wang <haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com%3cmailto:haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com%3cmailto:haihangwang@quinnemanuel.com%3cmailto:haihangwang@quinnemanuel.com>>>>

Subject: Re: Valtrus v. Google: Extension request for recently filed motions; Valtrus II Conference

Josh-

1. Valtrus will not agree to take off calendar the scheduling conference before Judge Scholer scheduled for January 8th in Valtrus II.
2. As to your request for an extension on the response to the motions to consolidate in Valtrus I and II, and Valtrus' Motion to Amend the Complaint in Valtrus I, Valtrus is willing to not oppose an extension from January 8th to January 22nd so long as Google agrees not to use the agreement as a basis to delay the status conference on January 8th in Valtrus II. Please confirm.
3. Valtrus is willing to not oppose an extension from January 2nd to January 16th for Google's response to the Amended complaint in Valtrus II so long as Google agrees not to use the agreement as a basis to delay the status conference on January 8th in Valtrus II. Please confirm.

Thanks,

Greg

From: Joshua Lang <jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>>
Date: Monday, December 23, 2024 at 12:41 PM
To: Proctor, Amy <AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com>>>>, David Perlson <davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>>, Greg Love <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>>
Cc: Michael K. Hurst

EXHIBIT B

<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>, Sheasby, Jason <JSheasby@irell.com<mailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com>>>, He-Schaefer, Connor <che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>, Julia Simon <jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>, Chelsea Till <ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>, Tonia Ashworth <TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>, QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>, Judge Paul Stickney <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>, #Valtrus-Google [Int] <Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com%3cmailto:Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com%3cmailto:Valtrus-Google@irell.com%3cmailto:Valtrus-Google@irell.com>>>, Gina Flores <gflores@lynnllp.com<mailto:gflores@lynnllp.com<mailto:gflores@lynnllp.com%3cmailto:gflores@lynnllp.com<mailto:gflores@lynnllp.com%3cmailto:gflores@lynnllp.com%3cmailto:gflores@lynnllp.com>>>, Haihang Wang <haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com%3cmailto:haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com%3cmailto:haihangwang@quinnemanuel.com%3cmailto:haihangwang@quinnemanuel.com>>>
Subject: RE: Valtrus v. Google: Extension request for recently filed motions; Valtrus II Conference
Counsel,

I am following up on the email below; I also called Greg this morning to discuss our requested extensions and left a message. Please let us know your position on our requested extensions today. Given the coming holidays, we intend to file motions requesting these extensions today. If we do not hear from you, we will mark Valtrus as opposed.


Thank you,
Josh

EXHIBIT B

--
JOSHUA D. LANG, Attorney
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
lynnllp.com<http://lynnllp.com><http://lynnllp.com<http://lynnllp.com>><http://lynnllp.com<http://lynnllp.com>><http://lynnllp.com<http://lynnllp.com>><http://lynnllp.com<http://lynnllp.com>><http://lynnllp.com<http://lynnllp.com>><http://lynnllp.com<http://lynnllp.com>><https://url.us.m.mimecastprotect.com/s/cbzqCpYznEcA3<https://url.us.m.mimecastprotect.com/s/cbzqCpYznEcA3>AwEcYiVIGiE2Y/<https://url.us.m.mimecastprotect.com/s/Yk9_CxklyPIxoxN5fwsBIysPIW/<http://www.lynnllp.com>>>

Direct Dial 214-292-3621
Cell Phone 859-360-
936<AwEcYiVIGiE2Y/%3chttps://url.us.m.mimecastprotect.com/s/Yk9_CxklyPIxoxN5fwsBIysPIW/%3chttps://url.us.m.mimecastprotect.com/s/cbzqCpYznEcA3AwEcYiVIGiE2Y%3e%3e%3e%0b%0bDirect%20Dial%20214-292-3621%0bCell%20Phone%20859-360-936>8

jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>

The information contained in this
communication<mailto:ang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3e%3e%3e%0b%0bThe%20information%20contained%20in%20this%20communication> is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

From: Joshua Lang
Sent: Friday, December 20, 2024 6:02 PM
To: Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com>>>; David Perlson
<davidperlson@quinnemanuel.com<ma<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3e%3e%3e;%20David%20Perlson%20%3cdavidperlson@quinnemanuel.com%3cma<ilto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>; Greg Love
<Greg@stecklerlaw.com<mailto:Greg@ste<mailto:innemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3e%3e%3e;%20Greg%20Love%20%3cGreg@stecklerlaw.com%3cmailto:Greg@ste>cklerlaw.com<http://cklerlaw.com><mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>
Cc: Michael K. Hurst
<MHurst@lynnllp.com<mailto:<mailto:lto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3e%3e%3e%0bCc:%20Michael%20K.%20Hurst%20%3cMHurst@lynnllp.com%3cmailto:>MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>; Sheasby, Jason

EXHIBIT B

<JSheasby@irell.com<mailto:JShea<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3e%3e%3e;%20Sheasby,%20Jason%20%3cJSheasby@irell.com%3cmailto:JShea>sby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com>>>; He-Schaefer, Connor <che-schaefer@irell.com<mai<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3e%3e%3e;%20He-Schaefer,%20Connor%20%3cche-schae>fer@irell.com%3cmai>lto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>; Julia Simon <jsimon@lynnllp.com<mailto:jsimon@l<mailto:%3cmai>lto:che-schaefer@irell.com%3e%3e%3e;%20Julia%20Simon%20%3cjsimon@lynnllp.com%3cmailto:jsimon@l>ynnllp.com<http://ynnllp.com><mailto:jsimon@lynnllp.com>>>; Chelsea Till <ctill@lynnllp.com<mailto:ctill@ly<mailto:jsimon@lynn>llp.com%3cmailto:jsimon@lynnllp.com%3e%3e%3e;%20Chelsea%20Till%20%3cctill@lynnllp.com%3cmailto:ctill@ly>nnllp.com<http://nnllp.com><mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>; Tonia Ashworth <TAshworth@lynnllp.com<mailto:TA<mailto:ill@lynnllp.com%3cmailto:c>till@lynnllp.com%3e%3e%3e;%20Tonia%20Ashworth%20%3cTAshworth@lynnllp.com%3cmailto:TA>shworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>; QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:<mailto:ailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3e%3e%3e;%20QE-Valtrus%20%3cqe-valtr>us@quinnemanuel.com%3cmailto:>qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>; Judge Paul Stickney <judgestickney@stecklerlaw.<ma<mailto:manuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3e%3e%3e;%>20Judge%20Paul%20Stickney%20%3cjudgestickney@stecklerlaw.>com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>; #Valtrus-Google [Int] <Valtrus-Google@irell.com<mailto:tecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3e%3e%3e;%20#Valtrus-Google%20[Int]%20<Valtrus-Google@irell.com><mailto:Valtrus-Google@irell.com<mailto:Valtrus-Google@irell.com%3cmailto:Valtrus-Google@irell.com>>>; Gina Flores <gflores@lynnllp.com<mailto:gflores@mai<mailto:.com%3cmailto:Valtrus-Google@irell.com%3cmailto:Valtrus-Google@irell.com%3e%3e%3e;%20Gina%20Flo>res%20%3cgflores@l>ynnllp.com%3cmailto:gflores>@lynnllp.com<mailto:gflores@lynnllp.com%3cmailto:gflores@lynnllp.com>>>; Haihang Wang <haihangwang@quinnemanuel.com<mail<mailto:gflores@lynnllp.com%3cmailto:gflores@lynnllp.com%3e%3e%3e;%20Haihang%20Wang%20%3chaihangwang@>quinnemanuel.com%3cmail>to:haihangwang@quinnemanuel.com<mailto:haihangwang@quinnemanuel.com%3cmailto:haihangwang@quinnemanuel.com>>>

Subject: Valtrus v. Google: Extension request
fo<mailto:nemanuel.com%3cmailto:haihangwang@quinnemanuel.com%3cmailto:haihangwang@quinnemanuel.com%3e%3e3e%0bSubject:%20Valtrus%20v.%20Google:%20Extension%20request%20fo>r recently filed motions; Valtrus II Conference

Counsel,

In reference to Valtrus's recent filings, Google seeks Valtrus's agreement to certain extensions given the volume of materials, the holidays, and travel plans of team members.

For Google responses to Valtrus's Motions to Consolidate in Valtrus I and Valtrus II and Valtrus's Motion

EXHIBIT B

to Amend the Complaint in Valtrus I, Google seeks an extension from January 8 to January 29.

For Google's response to Valtrus II Amended Complaint, Google seeks an extension from January 2 to January 16.

Additionally, as you saw, the court set a scheduling conference in Valtrus II for January 8. Given that Google has moved to dismiss and that Valtrus has sought to consolidate Valtrus I and Valtrus II, Google suggests the parties jointly contact the court to take the January hearing in Valtrus II off calendar, pending rulings on these motions.

Given the upcoming holiday, please provide your position on these as soon as possible, preferably today.


Thanks,
Josh

--
JOSHUA D. LANG, Attorney
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
lynnllp.com<http://lynnllp.com><http://lynnllp.com<http://lynnllp.com>><http://lynnllp.com<http://lynnllp.com><http://lynnllp.com<http://p.com>>><https://url.us.m.mimecastprotect.com/s/cbzqCpYznE<http://us.m.mimecastprotect.com/s/cbzqCpYznE>cA3AwEcYiVlGiE2Y/<https://url.us.m.mimecastprotect.com/s/Yk9_CxklyPlxoxN5fwsBlysPlW/<http://www.lynnllp.com/>>>

Direct Dial 214-292-3621
Cell Phone 859-360-936<AwEcYiVlGiE2Y/%3chttps:url.us.m.mimecastprotect.com/s/Yk9_CxklyPlxoxN5fwsBlysPlW/%3chttps:url.us.m.mimecastprotect.com/s/cbzqCpYznEcA3AwEcYiVlGiE2Y/%3e%3e%3e%0b%0bDirect%20Dial%20214-292-3621%0bCell%20Phone%20859-360-936>8

jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>

The information contained in this communication<mailto:ang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3e%3e%3e%0b%0bThe%20information%20contained%20in%20this%20communication> is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

From: Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.

EXHIBIT B

com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmail
to:AProctor@irell.com>>>>
Sent: Friday, December 20, 2024 10:09 AM
To:
Da<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto
:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3e%3e%3e%3e%0
bSent:%20Friday,%20December%2020,%202024%2010:09%20AM%0bTo:%20Da>vid Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q
uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.
com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cm
ailto:davidperlson@quinnemanuel.com>>>>; Greg Love
<Greg@stecklerlaw.com<mailto:Greg@st<mailto:innemanuel.com%3cmailto:davidperlson@quinnema
nuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%
3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:d
avidperlson@quinnemanuel.com%3e%3e%3e%3e;%20Greg%20Love%20%3cGreg@stecklerlaw.com%
3cmailto:Greg@st>ecklerlaw.com<http://eckerlaw.com>><mailto:Greg@stecklerlaw.com%3cmailto:Gr
eg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg
@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>>
Cc: Michael K. Hurst
<MHurst@lynnllp.com<mailto<mailto:lto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3
cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%
3cmailto:Greg@stecklerlaw.com%3e%3e%3e%3e%0bCc:%20Michael%20K.%20Hurst%20%3cMHurst
@lynnllp.com%3cmailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnll
p.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%
3cmailto:MHurst@lynnllp.com>>>>; Joshua Lang
<jlang@lynnllp.com<mailto:jlang@ly<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3c
mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailt
o:MHurst@lynnllp.com%3e%3e%3e%3e;%20Joshua%20Lang%20%3cjlang@lynnllp.com%3cmailto:jla
ng@ly>nnllp.com<http://nnllp.com>><mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com<mailto:jl
ang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.
com>>>>; Sheasby, Jason
<JSheasby@irell.com<mailto:JShe<mailto:ang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jla
ng@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.c
om%3e%3e%3e%3e;%20Sheasby,%20Jason%20%3cJSheasby@irell.com%3cmailto:JShe>asby@irell.c
om<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:J
Sheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com>>>>; He-Schaefer,
Connor <che-
schaefer@irell.com<ma<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasb
y@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.c
om%3e%3e%3e%3e;%20He-Schaefer,%20Connor%20%3cche-schaefer@irell.com%3cma>ilto:che-
schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@<mailto:%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3e%3e%3e%3e;%20Julia%20Simon%20%3cjsimon@lynnllp.com%3cmailto:jsimo
n@>lynnllp.com<http://lynnllp.com>><mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com<mail

to:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsim
on@lynnllp.com>>>>; Chelsea Till
<ctill@lynnllp.com<mailto:ctill@l<mailto:jsimon@lynnllp.com%3cmailt
o:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimo
n@lynnllp.com%3e%3e%3e%3e;%20Chelsea%20Till%20%3ctill@lynnllp.com%3cmailto:ctill@l>ynnll
p.com<http://ynnllp.com><mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<mailto:ctill@lynnllp.c
om%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>>; Tonia
Ashworth
<TAshworth@lynnllp.com<mailto:T<mailto:ill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill
@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3
e%3e%3e%3e;%20Tonia%20Ashworth%20%3cTAshworth@lynnllp.com%3cmailto:T>Ashworth@lynnllp
.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.c
om%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnl
lp.com>>>>; QE-Valtrus <qe-
valtrus@quinnemanuel.com<mailto<mailto:ailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnll
p.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@ly
nnllp.com%3cmailto:TAshworth@lynnllp.com%3e%3e%3e%3e;%20QE-Valtrus%20%3cqe-
valtrus@quinnemanuel.com%3cmailto>:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>>; Judge Paul Stickney
<judgestickney@stecklerlaw<mailto:manuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3e%3e%3e%3e;%20Judge%20Paul%20Stickney%20%3cjudgestickney@
stecklerlaw>.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3c
mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickn
ey@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw
.com>>>>; #Valtrus-Google [Int] <Valtrus-
Google@irell.co<mailto:tecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgesti
ckney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@steckler
law.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3e%3
e%3e%3e;%20#Valtrus-Google%20[Int]%20<Valtrus-Google@irell.co>m<mailto:Valtrus-
Google@irell.com<mailto:Valtrus-Google@irell.com%3cmailto:Valtrus-
Google@irell.com<mailto:Valtrus-Google@irell.com%3cmailto:Valtrus-
Google@irell.com%3cmailto:Valtrus-Google@irell.com%3cmailto:Valtrus-Google@irell.com>>>>
Subject: RE: Valtrus v. Google -- Joint Stateme<mailto:.com%3cmailto:Valtrus-
Google@irell.com%3cmailto:Valtrus-Google@irell.com%3cmailto:Valtrus-
Google@irell.com%3cmailto:Valtrus-Google@irell.com%3cmailto:Valtrus-
Google@irell.com%3cmailto:Valtrus-
Google@irell.com%3e%3e%3e%3e%0bSubject:%20RE:%20Valtrus%20v.%20Google%20--
%20Joint%20Stateme>nt Draft


Counsel,

We disagree with your characterizations and assumptions. Valtrus provided a draft report as discussed.
Although Google would not agree to any schedule for preparation of the parties' joint report, or commit to

EXHIBIT B

a simultaneous exchange, Valtrus continued to work on preparing its positions for addition to that report. I have attached them here. We have not yet had the opportunity to review Google's draft, so we expect to make further edits based on Google's positions, but are providing this now as a courtesy. We look forward to working with you toward a timely Monday filing, and would be happy to discuss these issues as needed.

Best regards,
Amy

Amy E. Proctor (she/her) | Irell & Manella LLP
1800 Avenue of the Stars, Los Angeles, CA 90067
310.203.7961 |
www.irell.com<http://www.irell.com>><http://www.irell.com<http://www.irell.com>>><http://www.irell.com<http://www.irell.com>>><https://url.us.m.mimecastprotect.com/s/ifpfCrkYpJI2l2m3hjtQI4CUWX/<https://url.us.m.mimecastprotect.com/s/YTBPCADmrwsEAEqKu2C8IGxv2s/>><e%3chttps:/url.us.m.mimecastprotect.com/s/ifpfCrkYpJI2l2m3hjtQI4CUWX/%3chttps:/url.us.m.mimecastprotect.com/s/YTBPCADmrwsEAEqKu2C8IGxv2s/%3e%3e>

From: David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>>
Sent: Thursday, December 19, 2024 8:39 PM
To:
G<mailto:innemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3e%3e%3e%3e%0bSent:%20Thursday,%20December%2019,%202024%208:39%20PM%0bTo:%20G>reg
Love
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com:Greg@stecklerlaw.com>>>>; Proctor, Amy
<AProctor@irell.com<mailto:AProct<mailto:lto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com:Greg@stecklerlaw.com:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3e%3e%3e%3e;%20Proctor,%20Amy%20%3cAProctor@irell.com%3cmailto:AProct>or@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com>>>>
Cc: Michael K. Hurst
<MHurst@lynnllp.com<mailto<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3e%3e%3e%3e%0bCc:%20Michael%20K.%20Hurst%20%3cMHurst@lynnllp.com%3cmailto>:
MHurst@lynnllp.com<mailto:MHurst@lynnllp.com:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.

com>>>>; Joshua Lang
<jlang@lynnllp.com<mailto:jlang@ly<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3c
mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailt
o:MHurst@lynnllp.com%3e%3e%3e%3e;%20Joshua%20Lang%20%3cjlang@lynnllp.com%3cmailto:jla
ng@ly>nnllp.com<http://nnllp.com><mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com<mailto:jl
ang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.
com>>>>; Sheasby, Jason
<JSheasby@irell.com<mailto:JShe<mailto:ang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jla
ng@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.c
om%3e%3e%3e%3e;%20Sheasby,%20Jason%20%3cJSheasby@irell.com%3cmailto:JShe>asby@irell.c
om<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:J
Sheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com>>>>; He-Schaefer,
Connor <che-
schaefer@irell.com<ma<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasb
y@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.c
om%3e%3e%3e%3e;%20He-Schaefer,%20Connor%20%3cche-schaefer@irell.com%3cma>ilto:che-
schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@<mailto:%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3e%3e%3e%3e;%20Julia%20Simon%20%3cjsimon@lynnllp.com%3cmailto:jsimo
n@>lynnllp.com<http://lynnllp.com><mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsim
on@lynnllp.com>>>>; Chelsea Till
<ctill@lynnllp.com<mailto:ctill@l<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailt
o:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimo
n@lynnllp.com%3e%3e%3e%3e;%20Chelsea%20Till%20%3cctill@lynnllp.com%3cmailto:ctill@l>ynnll
p.com<http://ynnllp.com><mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<mailto:ctill@lynnllp.c
om%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>>; Tonia
Ashworth
<TAshworth@lynnllp.com<mailto:T<mailto:ill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill
@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3
e%3e%3e%3e;%20Tonia%20Ashworth%20%3cTAshworth@lynnllp.com%3cmailto:T>Ashworth@lynnllp
.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.c
om%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynn
llp.com>>>>; QE-Valtrus <qe-
valtrus@quinnemanuel.com<mailto<mailto:ailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnll
p.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@ly
nnllp.com%3cmailto:TAshworth@lynnllp.com%3e%3e%3e%3e;%20QE-Valtrus%20%3cqe-
valtrus@quinnemanuel.com%3cmailto:>qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>>; Judge Paul Stickney
<judgestickney@stecklerlaw<mailto:manuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-

EXHIBIT B

valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3e%3e%3e%3e;%20Judge%20Paul%20Stickney%20%3cjudgestickney@
stecklerlaw>.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3c
mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickn
ey@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw
.com>>>>

Subject: RE: Valtrus v. Google -- Joint
Stateme<mailto:tecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@
stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.co
m%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3e%3e%3e
%3e%0bSubject:%20RE:%20Valtrus%20v.%20Google%20--%20Joint%20Stateme>nt Draft

Counsel, despite your assurances on Monday, what Plaintiff provided last night had little more than
headings and list of subject matters to address, with little substance and very little in regards to
Plaintiff's actual positions. Thus, we essentially had to draft an entirely new document today. Given so,
we may well have further edits to the draft included herein, in addition to responding to Plaintiff's
positions which we have not received.

As noted, it is clear that Plaintiff has already drafted its positions, so Valtrus should be able to provide a
quick turnaround draft tomorrow, which will be needed if we are to file this jointly and on time Monday.
Also, note that we drafted some of this anticipating that Valtrus will get into the detail on issues, such as
those related to its pending motions to amend and consolidate. If Valtrus does not do so, Google will be
happy to review its portions to shorten, but given the timeframe and Valtrus's refusal to provide positions
with its draft, Google erred on the side of inclusion.

To the extent Valtrus would like to discuss the contents the statement, we are happy to do so. After you
have reviewed, please provide an estimate in AM CT when we can expect a return draft.

Attached is a draft and a redline from what you sent.

David


From: Greg Love
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Gre
g@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg
@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>>
Sent: Thursday, December 19, 2024 9:58 AM
To:
D<mailto:lto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.c
om%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.
com%3e%3e%3e%3e%0bSent:%20Thursday,%20December%2019,%202024%209:58%20AM%0bTo:%
20D>avid Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q
uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.
com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cm
ailto:davidperlson@quinnemanuel.com>>>>
Cc: Proctor, Amy

EXHIBIT B

<AProctor@irell.com<mailto:APr<mailto:innemanuel.com:%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3e%3e%3e%3e%0bCc:%20Proctor,%20Amy%20%3cAProctor@irell.com%3cmailto:APr>octor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com>>>>; Michael K. Hurst <MHurst@lynnllp.com<mailto:MH<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3e%3e%3e%3e;%20Michael%20K.%20Hurst%20%3cMHurst@lynnllp.com%3cmailto:MH>urst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>>; Joshua Lang <jlang@lynnllp.com<mailto:jlang@ly<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3e%3e%3e%3e;%20Joshua%20Lang%20%3cjlang@lynnllp.com%3cmailto:jlang@ly>nnllp.com<http://nnllp.com>><mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>>; Sheasby, Jason <JSheasby@irell.com<mailto:JShe<mailto:ang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3e%3e%3e%3e;%20Sheasby,%20Jason%20%3cJSheasby@irell.com%3cmailto:JShe>asby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com>>>>; He-Schaefer, Connor <che-schaefer@irell.com<ma<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3e%3e%3e%3e;%20He-Schaefer,%20Connor%20%3cche-schaefer@irell.com%3cma>ilto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>>; Julia Simon <jsimon@lynnllp.com<mailto:jsimon@<mailto:%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3e%3e%3e%3e;%20Julia%20Simon%20%3cjsimon@lynnllp.com%3cmailto:jsimon@>lynnllp.com<http://lynnllp.com>><mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>>; Chelsea Till <ctill@lynnllp.com<mailto:ctill@l<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3e%3e%3e%3e;%20Chelsea%20Till%20%3cctill@lynnllp.com%3cmailto:ctill@l>ynnllp.com<http://ynnllp.com>><mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>>; Tonia Ashworth <TAshworth@lynnllp.com<mailto:T<mailto:ill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3e%3e%3e%3e;%20Tonia%20Ashworth%20%3cTAshworth@lynnllp.com%3cmailto:T>Ashworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.c

EXHIBIT B

om%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnll
lp.com>>>>; QE-Valtrus <qe-
valtrus@quinnemanuel.com<mailto<mailto:ailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnll
p.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@ly
nnllp.com%3cmailto:TAshworth@lynnllp.com%3e%3e%3e%3e;%20QE-Valtrus%20%3cqe-
valtrus@quinnemanuel.com%3cmailto>:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>>; Judge Paul Stickney
<judgestickney@stecklerlaw<mailto:manuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3e%3e%3e%3e;%20Judge%20Paul%20Stickney%20%3cjudgestickney@
stecklerlaw>.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3c
mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickn
ey@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw
.com>>>>
Subject: Re: Valtrus v. Google -- Joint
Stateme<mailto:tecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@
stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.co
m%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3e%3e%3e
%3e%0bSubject:%20Re:%20Valtrus%20v.%20Google--%20Joint%20Stateme>nt Draft


[EXTERNAL EMAIL from
greg@stecklerlaw.com<mailto:greg@stecklerlaw.com<mailto:greg@stecklerlaw.com%3cmailto:greg@
stecklerlaw.com<mailto:greg@stecklerlaw.com<mailto:greg@stecklerlaw.com%3cmailto:greg@ste
cklerlaw.com%3cmailto:greg@stecklerlaw.com>>>]


_____
David,

Amy
i<mailto:lto:greg@stecklerlaw.com%3cmailto:greg@stecklerlaw.com%3cmailto:greg@stecklerlaw.com
%3cmailto:greg@stecklerlaw.com%3cmailto:greg@stecklerlaw.com%3cmailto:greg@stecklerlaw.com
%3e%3e%3e]%0b%0b_____%0bDavid,%0b%0bAmy%20i>s not available
today, so jumping in here. On our meet/confer call, Valtrus identified the need to file a joint report and
agreed to provide "a draft." We provided a draft form for the statement and proposed an exchange
schedule. We insist on a simultaneous exchange. This is not a responsive brief scenario. It is a joint effort
and parties routinely agree to simultaneous exchanges in this context. If you are truly concerned about
efficiency and timing, we invite you to provide Google's positions today, and we will promptly consider
and provide Valtrus' positions. Otherwise, please propose an exchange schedule.

Greg

On Dec 19, 2024, at 10:59 AM, David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q

EXHIBIT B

uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.
com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cm
ailto:davidperlson@quinnemanuel.com>>>> wrote:

Amy, this is not consistent with what
y<mailto:innemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quin
nemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.
com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3e%
3e%3e%3e%20wrote:%0b%0bAmy,%20this%20is%20not%20consistent%20with%20what%20y>ou
represented we would get from you in our call Monday, which you said would have Plaintiff's positions so
that we could respond to them and go back and forth as needed, a process you also noted would take
some time. Simultaneous exchange of positions of something like this, which you also did not suggest
Monday and which we would not have agreed to, is unworkable and inefficient as, for example, it is not
possible to respond to positions from the other party before you receive them.

In all events, it seems clear based on Mr. Franklund's email and your latest one, that Plaintiff has its
positions ready, but is simply withholding them. We urge you to provide them immediately so we can
hopefully work efficiently and cooperatively towards a timely, joint filing Monday, which Plaintiff's
conduct is putting at risk.

David

From: Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.
com<mailto:AProctor@irell.com%3cAProctor@irell.com:AProctor@irell.com%3cmail
to:AProctor@irell.com>>>>
Sent: Wednesday, December 18, 2024 10:11 PM
To:<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto
:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3e%3e%3e%3e%0
bSent:%20Wednesday,%20December%2018,%202024%2010:11%20PM%0bTo:> David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q
uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.
com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cm
ailto:davidperlson@quinnemanuel.com>>>>; Greg Love
<Greg@stecklerlaw.com<mailto:Greg@st<mailto:innemanuel.com%3cmailto:davidperlson@quinnema
nuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%
3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:d
avidperlson@quinnemanuel.com%3e%3e%3e%3e;%20Greg%20Love%20%3cGreg@stecklerlaw.com%
3cmailto:Greg@st>ecklerlaw.com<http://ecklerlaw.com><mailto:Greg@stecklerlaw.com%3cmailto:Gr
eg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg
@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>>
Cc: Michael K. Hurst
<MHurst@lynnllp.com<mailto<mailto:lto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3
cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%
3cmailto:Greg@stecklerlaw.com%3e%3e%3e%3e%0bCc:%20Michael%20K.%20Hurst%20%3cMHurst
@lynnllp.com%3cmailto>:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnll
p.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%
3cmailto:MHurst@lynnllp.com>>>>; Joshua Lang

<jlang@lynnllp.com><mailto:jlang@ly<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3c mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailt o:MHurst@lynnllp.com%3e%3e%3e%3e;%20Joshua%20Lang%20%3cjlang@lynnllp.com%3cmailto:jla ng@ly>nnllp.com<http://nnllp.com><mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com<mailto:jl ang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp. com>>>>; Sheasby, Jason <JSheasby@irell.com><mailto:JShe<mailto:ang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jla ng@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.c om%3e%3e%3e%3e;%20Sheasby,%20Jason%20%3cJSheasby@irell.com%3cmailto:JShe>asby@irell.c om<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:J Sheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com>>>>; He-Schaefer, Connor <che- schaefer@irell.com<ma<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasb y@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.c om%3e%3e%3e%3e;%20He-Schaefer,%20Connor%20%3cche-schaefer@irell.com%3cma>ilto:che- schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che- schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che- schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>>; Julia Simon <jsimon@lynnllp.com><mailto:jsimon@<mailto:%3cmailto:che-schaefer@irell.com%3cmailto:che- schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che- schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che- schaefer@irell.com%3e%3e%3e%3e;%20Julia%20Simon%20%3cjsimon@lynnllp.com%3cmailto:jsimo n@>lynnllp.com<http://lynnllp.com><mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com<mail to:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsim on@lynnllp.com>>>>; Chelsea Till <ctill@lynnllp.com><mailto:ctill@l<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailt o:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimo n@lynnllp.com%3e%3e%3e%3e;%20Chelsea%20Till%20%3cctill@lynnllp.com%3cmailto:ctill@l>ynnll p.com<http://ynnllp.com><mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<mailto:ctill@lynnllp.c om%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>>; Tonia Ashworth <TAshworth@lynnllp.com<mailto:T<mailto:ill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill @lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3 e%3e%3e%3e;%20Tonia%20Ashworth%20%3cTAshworth@lynnllp.com%3cmailto:T>Ashworth@lynnllp .com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.c om%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynn lp.com>>>>; QE-Valtrus <qe- valtrus@quinnemanuel.com<mailto<mailto:ailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnll p.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@ly nnllp.com%3cmailto:TAshworth@lynnllp.com%3e%3e%3e%3e;%20QE-Valtrus%20%3cqe- valtrus@quinnemanuel.com%3cmailto>:qe-valtrus@quinnemanuel.com<mailto:qe- valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe- valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe- valtrus@quinnemanuel.com>>>>; Judge Paul Stickney <judgestickney@stecklerlaw<mailto:manuel.com%3cmailto:qe- valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe- valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe- valtrus@quinnemanuel.com%3cmailto:qe-

EXHIBIT B

valtrus@quinnemanuel.com%3e%3e%3e%3e;%20Judge%20Paul%20Stickney%20%3cjudgestickney@
stecklerlaw>.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3c
mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickn
ey@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw
.com>>>>

Subject: RE: Valtrus v. Google -- Joint
Stateme<mailto:tecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@
stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.co
m%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3e%3e%3e
%3e%0bSubject:%20RE:%20Valtrus%20v.%20Google--%20Joint%20Stateme>nt Draft

[EXTERNAL EMAIL from
aproctor@irell.com<mailto:aproctor@irell.com<mailto:aproctor@irell.com%3cmailto:aproctor@irell.c
om<mailto:aproctor@irell.com%3cmailto:aproctor@irell.com%3cmailto:aproctor@irell.com%3cmailto
:aproctor@irell.com>>>]

_____

Hi David,

On<mailto:aproctor@irell.com%3cmailto:aproctor@irell.com%3cmailto:aproctor@irell.com%3cmailto:
aproctor@irell.com%3cmailto:aproctor@irell.com%3cmailto:aproctor@irell.com%3e%3e%3e]%0b%0b
_____%0bHi%20David,%0b%0bOn> Monday, we said we would try to send
the draft report shell within the next couple of days. I have attached that shell here. Please let us know
when Google will be ready to simultaneously exchange its positions for each issue that calls for the
parties' separate positions.

Thank you,
Amy


From: David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q
uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.
com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cm
ailto:davidperlson@quinnemanuel.com>>>>
Sent: Wednesday, December 18, 2024 7:44 PM
To:
<mailto:innemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinn
emanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.c
om%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3e%3
e%3e%3e%0bSent:%20Wednesday,%20December%2018,%202024%207:44%20PM%0bTo:%20>
Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.
com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmail
to:AProctor@irell.com>>>>; Greg Love
<Greg@stecklerlaw.com<mailto:Greg@st<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3
cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:A
Proctor@irell.com%3e%3e%3e%3e;%20Greg%20Love%20%3cGreg@stecklerlaw.com%3cmailto:Greg

@st>ecklerlaw.com<http://ecklerlaw.com><mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerla
w.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.
com%3cmailto:Greg@stecklerlaw.com>>>>

Cc: Michael K. Hurst
<MHurst@lynnllp.com<mailto<mailto:lto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3
cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%
3cmailto:Greg@stecklerlaw.com%3e%3e%3e%3e%0bCc:%20Michael%20K.%20Hurst%20%3cMHurst
@lynnllp.com%3cmailto>:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnll
p.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%
3cmailto:MHurst@lynnllp.com>>>>; Joshua Lang
<jlang@lynnllp.com<mailto:jlang@ly<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3c
mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailt
o:MHurst@lynnllp.com%3e%3e%3e%3e;%20Joshua%20Lang%20%3cjlang@lynnllp.com%3cmailto:jla
ng@ly>nnllp.com<http://nnllp.com><mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com<mailto:jl
ang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.
com>>>>; Sheasby, Jason
<JSheasby@irell.com<mailto:JShe<mailto:ang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jla
ng@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.c
om%3e%3e%3e%3e;%20Sheasby,%20Jason%20%3cJSheasby@irell.com%3cmailto:JShe>asby@irell.c
om<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:J
Sheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com>>>>; He-Schaefer,
Connor <che-
schaefer@irell.com<ma<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasb
y@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.c
om%3e%3e%3e%3e;%20He-Schaefer,%20Connor%20%3cche-schaefer@irell.com%3cma>ilto:che-
schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@<mailto:%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3e%3e%3e%3e;%20Julia%20Simon%20%3cjsimon@lynnllp.com%3cmailto:jsimo
n@>lynnllp.com<http://lynnllp.com><mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com<mail
to:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsim
on@lynnllp.com>>>>; Chelsea Till
<ctill@lynnllp.com<mailto:ctill@l<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailt
o:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimo
n@lynnllp.com%3e%3e%3e%3e;%20Chelsea%20Till%20%3cctill@lynnllp.com%3cmailto:ctill@l>ynnll
p.com<http://ynnllp.com><mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<mailto:ctill@lynnllp.c
om%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>>; Tonia
Ashworth
<TAshworth@lynnllp.com<mailto:T<mailto:ill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill
@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3
e%3e%3e%3e;%20Tonia%20Ashworth%20%3cTAshworth@lynnllp.com%3cmailto:T>Ashworth@lynnllp
.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.c
om%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnl
lp.com>>>>; QE-Valtrus <qe-
valtrus@quinnemanuel.com<mailto<mailto:ailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnll

p.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@ly
nnllp.com%3cmailto:TAshworth@lynnllp.com%3e%3e%3e%3e;%20QE-Valtrus%20%3cqe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>>; Judge Paul Stickney
<judgestickney@stecklerlaw<mailto:manuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3e%3e%3e%3e;%20Judge%20Paul%20Stickney%20%3cjudgestickney@
stecklerlaw>.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3c
mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickn
ey@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw
.com>>>>

Subject: RE: Valtrus v. Google -- Joint
Stateme<mailto:tecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@
stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.co
m%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3e%3e%3e
%3e%0bSubject:%20RE:%20Valtrus%20v.%20Google%20--%20Joint%20Stateme>nt Draft

Amy, following up on below. Please send the draft report now as Valtrus committed to do Monday. While
we are in receipt of a separate email from your colleague Mr. Franklund, we cannot agree to a further
schedule without seeing your draft, nor is this last-minute demand for agreement to a new schedule
reasonable.
David


From: David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q
uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.
com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cm
ailto:davidperlson@quinnemanuel.com>>>>
Sent: Wednesday, December 18, 2024 5:03 PM
To: Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.
com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmail
to:AProctor@irell.com>>>>; Greg Love
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Gre
g@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg
@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>>
Cc: Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@l
ynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.c
om%3cmailto:MHurst@lynnllp.com>>>>; Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com
<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang
@lynnllp.com>>>>; Sheasby, Jason

EXHIBIT B

<JSheasby@irell.com<mailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@ire
ll.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3c
mailto:JSheasby@irell.com>>>>; He-Schaefer, Connor <che-schaefer@irell.com<mailto:che-
schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lyn
nllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%
3cmailto:jsimon@lynnllp.com>>>>; Chelsea Till
<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<ma
ilto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.
com>>>>; Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:T
Ashworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:
TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>>; QE-Valtrus <qe-
valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>>; Judge Paul Stickney
<judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@steck
lerlaw.com%3cmailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmai
lto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickne
y@stecklerlaw.com>>>>
Subject: Re: Valtrus v. Google -- Joint Statement Draft

Amy, on our call Monday you indicated you would be sending us a draft in the next day or two. Please
send this evening.

David

From: Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.
com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmail
to:AProctor@irell.com>>>>
Date: Tuesday, December 17, 2024 at 10:42 AM
To: David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q
uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.
com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cm
ailto:davidperlson@quinnemanuel.com>>>>, Greg Love
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Gre
g@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg
@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>>
Cc: Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@l
ynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.c
om%3cmailto:MHurst@lynnllp.com>>>>, Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp

EXHIBIT B

<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>>, Sheasby, Jason

<JSheasby@irell.com<mailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com>>>>, He-Schaefer, Connor <che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>>, Julia Simon

<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>>, Chelsea Till

<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>>, Tonia Ashworth

<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>>, QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>>, Judge Paul Stickney

<judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>>

Subject: RE: Valtrus v. Google -- SAP Materials

[EXTERNAL EMAIL from aproctor@irell.com<mailto:aproctor@irell.com<mailto:aproctor@irell.com%3cmailto:aproctor@irell.com<mailto:aproctor@irell.com%3cmailto:aproctor@irell.com%3cmailto:aproctor@irell.com%3cmailto:aproctor@irell.com>>>]

_____

Hi David,

We are looking into your request and will try to get approval from all necessary counsel and parties, but I don't expect that will be a quick process, especially with the holidays around the corner. We will keep you updated.

Kind regards,
Amy

Amy E. Proctor (she/her) | Irell & Manella LLP
1800 Avenue of the Stars, Los Angeles, CA 90067
310.203.7961 |
www.irell.com<http://www.irell.com>><http://www.irell.com<http://www.irell.com>>><http://www.irell.com<http://www.irell.com>>><http://www.irell.com<http://www.irell.com>>><e%3chttp:/www.irell.com%3chttp:/www.irell.com%3e%3e>

EXHIBIT B

From: David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q
uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.
com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cm
ailto:davidperlson@quinnemanuel.com>>>>
Sent: Monday, December 16, 2024 3:35 PM
To: Greg Love
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Gre
g@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg
@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>>; Proctor, Amy
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.
com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmail
to:AProctor@irell.com>>>>
Cc: Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@l
ynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.c
om%3cmailto:MHurst@lynnllp.com>>>>; Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com
<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang
@lynnllp.com>>>>; Sheasby, Jason
<JSheasby@irell.com<mailto:JSheasby@irell.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@ire
ll.com<mailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3cmailto:JSheasby@irell.com%3c
mailto:JSheasby@irell.com>>>>; He-Schaefer, Connor <che-schaefer@irell.com<mailto:che-
schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lyn
nllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%
3cmailto:jsimon@lynnllp.com>>>>; Chelsea Till
<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<ma
ilto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.
com>>>>; Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:T
Ashworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:
TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>>; QE-Valtrus <qe-
valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>>; Judge Paul Stickney
<judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@steck
lerlaw.com%3cmailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmai
lto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickne
y@stecklerlaw.com>>>>
Subject: Valtrus v. Google -- SAP Materials

EXHIBIT B

Counsel, on our meet and confer, Valtrus indicated it intends to seek leave to amend its complaint to, among other things, add KPI as a plaintiff. In connection with and to help us consider this request, please provide unredacted filings of the briefing in Valtrus v. SAP, Civil Action No. 2:24-cv-21 (SAP I) regarding SAP's motion to dismiss for lack of standing, Valtrus's request to amend the complaint to add KPI, and any request to consolidate SAP I with Valtrus v. SAP, Civil Action No. 2:24-cv-533 (SAP II). This would include the sealed motions in SAP I, Dkts Nos. 51, 56 and 91, and all sealed exhibits thereto, all sealed opposition and reply briefs with exhibits, and all sealed orders, including Dkt. 83. This appears to be information designated confidential by Valtrus so hopefully this should not be an issue. To be clear, at this time, we are requesting the sealed filings only, not publicly available redacted briefs, exhibits, and orders.

David

From: Greg Love
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>>
Sent: Thursday, December 12, 2024 6:51 AM
To: David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>>
Cc: Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>>; Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>>; Amy Proctor
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com>>>>;jsheasby@irell.com<mailto:jsheasby@irell.com>; che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>>; Chelsea Till
<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>>; Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>>; QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-

EXHIBIT B

valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>>; Judge Paul Stickney <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@steck lerlaw.com%3cmailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmai lto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com:judgestickne y@stecklerlaw.com>>>>

Subject: Re: Civil Action No. 3:24-cv-1795-G - Valtrus/KPI v. Google

[EXTERNAL EMAIL from greg@stecklerlaw.com<mailto:greg@stecklerlaw.com<mailto:greg@stecklerlaw.com%3cmailto:greg@ stecklerlaw.com<mailto:greg@stecklerlaw.com%3cmailto:greg@stecklerlaw.com%3cmailto:greg@ste cklerlaw.com%3cmailto:greg@stecklerlaw.com>>>]

_____

David-

That time works for Valtrus.

From: David Perlson <davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel. com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cm ailto:davidperlson@quinnemanuel.com>>>>

Date: Wednesday, December 11, 2024 at 2:29 PM

To: Greg Love <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Gre g@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg @stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>>

Cc: Michael K. Hurst <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@l ynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.c om%3cmailto:MHurst@lynnllp.com>>>>, Joshua Lang <jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com <mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang @lynnllp.com>>>>, Amy Proctor <AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell. com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmail to:AProctor@irell.com>>>>, jsheasby@irell.com<mailto:jsheasby@irell.com<mailto:jsheasby@irell.com%3cmailto:jsheasby@irell.c om<mailto:jsheasby@irell.com%3cmailto:jsheasby@irell.com%3cmailto:jsheasby@irell.com%3cmailt o:jsheasby@irell.com>>> <jsheasby@irell.com<mailto:jsheasby@irell.com<mailto:jsheasby@irell.com%3cmailto:jsheasby@irell. com<mailto:jsheasby@irell.com%3cmailto:jsheasby@irell.com%3cmailto:jsheasby@irell.com%3cmail to:jsheasby@irell.com>>>>, che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che- schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che- schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>> <che- schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che- schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che- schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>>, Julia Simon

EXHIBIT B

<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lyn
nllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%
3cmailto:jsimon@lynnllp.com>>>>, Chelsea Till
<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<ma
ilto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.
com>>>>, Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:T
Ashworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:
TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>>, QE-Valtrus <qe-
valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>>, Judge Paul Stickney
<judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@steck
lerlaw.com%3cmailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmai
lto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickne
y@stecklerlaw.com>>>>
Subject: RE: Civil Action No. 3:24-cv-1795-G - Valtrus/KPI v. Google
Greg how about 2 pm central time Monday?


David


From: Greg Love
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Gre
g@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg
@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>>
Sent: Wednesday, December 11, 2024 6:34 AM
To: David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q
uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.
com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cm
ailto:davidperlson@quinnemanuel.com>>>>
Cc: Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@l
ynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.c
om%3cmailto:MHurst@lynnllp.com>>>>; Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com
<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang
@lynnllp.com>>>>; Amy Proctor
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.
com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmail
to:AProctor@irell.com>>>>;jsheasby@irell.com<mailto:jsheasby@irell.com>; che-
schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lyn
nllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%
3cmailto:jsimon@lynnllp.com>>>>; Chelsea Till

EXHIBIT B

<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<ma
ilto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.
com>>>>; Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:T
Ashworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:
TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>>; QE-Valtrus <qe-
valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>>; Judge Paul Stickney
<judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@steck
lerlaw.com%3cmailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmai
lto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickne
y@stecklerlaw.com>>>>
Subject: Re: Civil Action No. 3:24-cv-1795-G - Valtrus/KPI v. Google

[EXTERNAL EMAIL from
greg@stecklerlaw.com<mailto:greg@stecklerlaw.com<mailto:greg@stecklerlaw.com%3cmailto:greg@
stecklerlaw.com<mailto:greg@stecklerlaw.com%3cmailto:greg@stecklerlaw.com%3cmailto:greg@ste
cklerlaw.com%3cmailto:greg@stecklerlaw.com>>>]

_____
Thanks David.


Greg Love
Steckler Wayne Love, PLLC
107 East Main Street
Henderson, Texas 75652
903.212.4444
www.swclaw.com<http://www.swclaw.com><http://www.swclaw.com<http://www.swclaw.com>>><
http://www.swclaw.com<http://www.swclaw.com>>><http://www.swclaw.com<http://www.swclaw.co
m>><e%3chttp:/www.swclaw.com%3chttp:/www.swclaw.com%3e%3e>
(Mobile Device)


On Dec 10, 2024, at 8:26 PM, David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q
uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.
com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cm
ailto:davidperlson@quinnemanuel.com>>>> wrote:

Greg, we are available December 16. We will follow up tomorrow with a time.

David

From: Greg Love
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Gre
g@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg

@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>>
Date: Friday, December 6, 2024 at 7:35 AM
To: David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q
uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.
com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cm
ailto:davidperlson@quinnemanuel.com>>>>
Cc: Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@l
ynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.c
om%3cmailto:MHurst@lynnllp.com>>>>, Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com
<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang
@lynnllp.com>>>>, Amy Proctor
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.
com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmail
to:AProctor@irell.com>>>>,
jsheasby@irell.com<mailto:jsheasby@irell.com<mailto:jsheasby@irell.com%3cmailto:jsheasby@irell.c
om<mailto:jsheasby@irell.com%3cmailto:jsheasby@irell.com%3cmailto:jsheasby@irell.com%3cmailt
o:jsheasby@irell.com>>>
<jsheasby@irell.com<mailto:jsheasby@irell.com<mailto:jsheasby@irell.com%3cmailto:jsheasby@irell.
com<mailto:jsheasby@irell.com%3cmailto:jsheasby@irell.com%3cmailto:jsheasby@irell.com%3cmail
to:jsheasby@irell.com>>>>, che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>> <che-
schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-
schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>>, Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lyn
nllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%
3cmailto:jsimon@lynnllp.com>>>>, Chelsea Till
<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<ma
ilto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.
com>>>>, Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:T
Ashworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:
TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>>, QE-Valtrus <qe-
valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>>, Judge Paul Stickney
<judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@steck
lerlaw.com%3cmailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmai
lto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickne
y@stecklerlaw.com>>>>
Subject: Re: Civil Action No. 3:24-cv-1795-G - Valtrus/KPI v. Google
[EXTERNAL EMAIL from
greg@stecklerlaw.com<mailto:greg@stecklerlaw.com<mailto:greg@stecklerlaw.com%3cmailto:greg@

EXHIBIT B

stecklerlaw.com<mailto:greg@stecklerlaw.com%3cmailto:greg@stecklerlaw.com%3cmailto:greg@stecklerlaw.com%3cmailto:greg@stecklerlaw.com>>>]

_____

David & Michael-

In light of the court's order lifting the stay, we need to meet and confer regarding the joint management statement as outlined in Misc. Order 62. The Valtrus team is available December 16th for a conference call to discuss.

Can you or someone from your side be available December 16th to meet/confer?


Greg Love
Steckler Wayne Love, PLLC
107 East Main Street
Henderson, Texas 75652
903.212.4444
www.stecklerlaw.com<http://www.stecklerlaw.com>><http://www.stecklerlaw.com<http://www.stecklerlaw.com>>><http://www.stecklerlaw.com<http://www.stecklerlaw.com>>><http://www.stecklerlaw.com<http://www.stecklerlaw.com>><e%3chttp:/www.stecklerlaw.com%3chttp:/www.stecklerlaw.com%3e%3e>


On Nov 19, 2024, at 10:05 AM, David Perlson <davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>> wrote:

Yes that time works thanks.
_____
From: Michael K. Hurst <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>>
Sent: Tuesday, November 19, 2024 7:29:14 AM
To: Greg Love <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>>
Cc: Joshua Lang <jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>>; Amy Proctor <AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com%3cmailto:AProctor@irell.com>>>>;jsheasby@irell.com<mailto:jsheasby@irell.com>

EXHIBIT B

<jsheasby@irell.com<mailto:jsheasby@irell.com<mailto:jsheasby@irell.com%3cmailto:jsheasby@irell.com<mailto:jsheasby@irell.com<mailto:jsheasby@irell.com%3cmailto:jsheasby@irell.com%3cmailto:jsheasby@irell.com>>>>; che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>> <che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>>; Julia Simon <jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>>; Chelsea Till <ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>>; Tonia Ashworth <TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>>; David Perlson <davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>>; QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>>; Judge Paul Stickney <judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>>
Subject: RE: Civil Action No. 3:24-cv-1795-G - Valtrus/KPI v. Google

[EXTERNAL EMAIL from mhurst@lynnllp.com<mailto:mhurst@lynnllp.com<mailto:mhurst@lynnllp.com%3cmailto:mhurst@lynnllp.com<mailto:mhurst@lynnllp.com%3cmailto:mhurst@lynnllp.com%3cmailto:mhurst@lynnllp.com>>>]

---

I'm in mediation, but can hopefully pop out. David, are you available?

MICHAEL K. HURST, Partner
Board Certified – Civil Trial Law
Texas Board of Legal Specialization

Board Certified – Civil Trial Advocate
National Board of Trial Advocacy

Lynn Pinker Hurst & Schwegmann
Direct 214 981 3838

EXHIBIT B

Main 214 981 3800

mhurst@lynnllp.com<mailto:mhurst@lynnllp.com<mailto:mhurst@lynnllp.com%3cmailto:mhurst@lyn
nllp.com<mailto:mhurst@lynnllp.com%3cmailto:mhurst@lynnllp.com%3cmailto:mhurst@lynnllp.com
%3cmailto:mhurst@lynnllp.com>>>

Top 100 Lawyers in Texas and DFW – Super Lawyers
Top Commercial Litigation Lawyer in DFW – Chambers & Partners
Lawyer of the Year – Best Lawyers (2021, 2023)
Best Lawyers Hall of Fame – D Magazine (2022)

<image001.jpg>

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

From: Greg Love
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Gre
g@stecklerlaw.com>>>
Sent: Tuesday, November 19, 2024 8:19 AM
To: Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@l
ynnllp.com>>>
Cc: Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com
>>>; Amy Proctor
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.
com>>>;jsheasby@irell.com<mailto:jsheasby@irell.com>; che-schaefer@irell.com<mailto:che-
schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lyn
nllp.com>>>; Chelsea Till
<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>;
Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:T
Ashworth@lynnllp.com>>>; David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q
uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>; QE-Valtrus <qe-
valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>; Judge Paul Stickney
<judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@steck
lerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>
Subject: Re: Civil Action No. 3:24-cv-1795-G - Valtrus/KPI v. Google

Michael-

EXHIBIT B

We are available for a call at 3 pm CT today. If this still works for your team, I will send an invite.

Thanks.


Greg Love
Steckler Wayne Love, PLLC
107 East Main Street
Henderson, Texas 75652
903.212.4444
www.stecklerlaw.com<http://www.stecklerlaw.com>><http://www.stecklerlaw.com<http://www.steckl erlaw.com>>><http://www.stecklerlaw.com<http://www.stecklerlaw.com>>><http://www.stecklerlaw. com/<http://www.stecklerlaw.com/>><e%3chttp:/www.stecklerlaw.com/%3chttp:/www.stecklerlaw.co m/%3e%3e>



On Nov 18, 2024, at 6:32 PM, Greg Love <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Gre g@stecklerlaw.com>>> wrote:

Michael-

Still working on availability for our team. Will let you know hopefully early AM tomorrow.

Get Outlook for iOS<https://aka.ms/o0ukef<https://aka.ms/o0ukef><https://aka.ms/o0ukef<https://aka.ms/o0ukef>>< https://aka.ms/o0ukef<https://aka.ms/o0ukef><https://aka.ms/o0ukef<https://aka.ms/o0ukef>>>>
_____
From: Michael K. Hurst <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@l ynnllp.com>>>
Sent: Sunday, November 17, 2024 11:26:02 AM
To: Greg Love <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Gre g@stecklerlaw.com>>>
Cc: Joshua Lang <jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com >>>; Amy Proctor <AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell. com>>>;jsheasby@irell.com<mailto:jsheasby@irell.com> <jsheasby@irell.com<mailto:jsheasby@irell.com<mailto:jsheasby@irell.com%3cmailto:jsheasby@irell. com>>>; che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>> <che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>; Julia Simon <jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lyn

EXHIBIT B

nllp.com>>>; Chelsea Till
<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>;
Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:T
Ashworth@lynnllp.com>>>; David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@q
uinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>; QE-Valtrus <qe-
valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-
valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>; Judge Paul Stickney
<judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@steck
lerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>
Subject: RE: Civil Action No. 3:24-cv-1795-G - Valtrus/KPI v. Google

Tuesday between 2 and 4 CST?

MICHAEL K. HURST, Partner
Board Certified – Civil Trial Law
Texas Board of Legal Specialization

Board Certified – Civil Trial Advocate
National Board of Trial Advocacy

Lynn Pinker Hurst & Schwegmann
Direct 214 981 3838
Main 214 981 3800
mhurst@lynnllp.com<mailto:mhurst@lynnllp.com<mailto:mhurst@lynnllp.com%3cmailto:mhurst@lyn
nllp.com>>

Top 100 Lawyers in Texas and DFW – Super Lawyers
Top Commercial Litigation Lawyer in DFW – Chambers & Partners
Lawyer of the Year – Best Lawyers (2021, 2023)
Best Lawyers Hall of Fame – D Magazine (2022)

<image001.jpg>
The information contained in this communication is confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn
Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any
part thereof is strictly prohibited and may be unlawful. If you have received this communication in error,
please notify us immediately by return e-mail, and destroy this communication and all copies thereof,
including all attachments.


From: Greg Love
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Gre
g@stecklerlaw.com>>>
Sent: Friday, November 15, 2024 7:56 AM
To: Michael K. Hurst

EXHIBIT B

<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>
Cc: Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>; Amy Proctor
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com>>>;jsheasby@irell.com<mailto:jsheasby@irell.com>; che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>; Chelsea Till
<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>;
Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>; David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>; QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>; Judge Paul Stickney
<judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com<mailto:judgestickney@stecklerlaw.com%3cmailto:judgestickney@stecklerlaw.com>>>
Subject: Re: Civil Action No. 3:24-cv-1795-G - Valtrus/KPI v. Google

Michael-

Monday doesn't work for us. Tuesday or Wednesday would be best.

Greg Love
Steckler Wayne Love, PLLC
107 East Main Street
Henderson, Texas 75652
903.212.4444
www.stecklerlaw.com<http://www.stecklerlaw.com>><http://www.stecklerlaw.com<http://www.stecklerlaw.com>>><http://www.stecklerlaw.com<http://www.stecklerlaw.com>>><http://www.stecklerlaw.com/<http://www.stecklerlaw.com/>><e%3chttp:www.stecklerlaw.com/%3chttp:/www.stecklerlaw.com/%3e%3e>
(Mobile Device)



On Nov 14, 2024, at 5:24 PM, Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>> wrote:
4:30 on Monday?



MICHAEL K. HURST, Partner

EXHIBIT B

Board Certified – Civil Trial Law
Texas Board of Legal Specialization

Board Certified – Civil Trial Advocate
National Board of Trial Advocacy

Lynn Pinker Hurst & Schwegmann
Direct 214 981 3838
Main 214 981 3800
mhurst@lynnllp.com<mailto:mhurst@lynnllp.com<mailto:mhurst@lynnllp.com%3cmailto:mhurst@lynnllp.com>>

Top 100 Lawyers in Texas and DFW – Super Lawyers
Top Commercial Litigation Lawyer in DFW – Chambers & Partners
Lawyer of the Year – Best Lawyers (2021, 2023)
Best Lawyers Hall of Fame – D Magazine (2022)

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

On Nov 14, 2024, at 11:55 AM, Greg Love
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>> wrote:

Michael-

Are you and your team available for a call next week to discuss?

Greg Love
Steckler Wayne & Love PLLC
East Texas Office
903.212.4444

_____

From: Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>
Sent: Wednesday, October 30, 2024 4:53 PM
To: Greg Love

EXHIBIT B

<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>
Cc: Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>; Amy Proctor
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com>>>;
jsheasby@irell.com<mailto:jsheasby@irell.com><jsheasby@irell.com<mailto:jsheasby@irell.com<mailto:jsheasby@irell.com%3cmailto:jsheasby@irell.com%3e%3cjsheasby@irell.com%3cmailto:jsheasby@irell.com>>>; che-schaefer@irell.com<mailto:che-schaefer@irell.com><che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com%3e%3cche-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>; Chelsea Till
<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>; Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>; David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>; QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>
Subject: Re: Civil Action No. 3:24-cv-1795-G - Valtrus/KPI v. Google

Greg, I hope you're well. Now that the Court granted our extension to file a responsive pleading, we would like to know how Valtrus intends to proceed with this case so that we can respond accordingly. Thank you and regards,

Michael


MICHAEL K. HURST, Partner
Board Certified – Civil Trial Law
Texas Board of Legal Specialization

Board Certified – Civil Trial Advocate
National Board of Trial Advocacy

Lynn Pinker Hurst & Schwegmann
Direct 214 981 3838
Main 214 981 3800
mhurst@lynnllp.com<mailto:mhurst@lynnllp.com<mailto:mhurst@lynnllp.com%3cmailto:mhurst@lynnllp.com>>

Top 100 Lawyers in Texas and DFW – Super Lawyers


EXHIBIT B

Top Commercial Litigation Lawyer in DFW – Chambers & Partners
Lawyer of the Year – Best Lawyers (2021, 2023)
Best Lawyers Hall of Fame – D Magazine (2022)

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

On Oct 18, 2024, at 3:37 PM, Greg Love <Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>> wrote:
Thanks Michael. Valtrus agrees to the additional 15 days as a professional courtesy, and hopes Google will extend the same to Valtrus if the need arises. Have a good weekend.

Greg Love
Steckler Wayne Love, PLLC
107 East Main Street
Henderson, Texas 75652
903.212.4444
www.stecklerlaw.com<http://www.stecklerlaw.com>><http://www.stecklerlaw.com<http://www.stecklerlaw.com>>><http://www.stecklerlaw.com<http://www.stecklerlaw.com>>><http://www.stecklerlaw.com/<http://www.stecklerlaw.com/>><e%3chttp:/www.stecklerlaw.com/%3chttp:/www.stecklerlaw.com/%3e%3e>

On Oct 18, 2024, at 4:34 PM, Michael K. Hurst <MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>> wrote:

Thanks Greg. To answer you,certainly the fact that we still don't know how y'all plan to proceed, along with the complicated record of the motions to dismiss and procedural motions in the other cases that we would like to review, and the apparent lack of any urgency would support our request. Again, I would really appreciate the courtesy of the additional 15 days. Thanks, Greg.
Michael

MICHAEL K. HURST, Partner
Board Certified – Civil Trial Law
Texas Board of Legal Specialization

EXHIBIT B

Board Certified – Civil Trial Advocate
National Board of Trial Advocacy

Lynn Pinker Hurst & Schwegmann
Direct 214 981 3838
Main 214 981 3800
mhurst@lynnllp.com<mailto:mhurst@lynnllp.com<mailto:mhurst@lynnllp.com%3cmailto:mhurst@lynnllp.com>>

Top 100 Lawyers in Texas and DFW – Super Lawyers
Top Commercial Litigation Lawyer in DFW – Chambers & Partners
Lawyer of the Year – Best Lawyers (2021, 2023)
Best Lawyers Hall of Fame – D Magazine (2022)

<image001.jpg>
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

From: Greg Love
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>
Sent: Friday, October 18, 2024 12:55 PM
To: Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>
Cc: Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>; Amy Proctor
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com>>>;jsheasby@irell.com<mailto:jsheasby@irell.com>; che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>; Chelsea Till
<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>; Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>; David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>; QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>
Subject: Re: Civil Action No. 3:24-cv-1795-G - Valtrus/KPI v. Google

EXHIBIT B

Michael-

Disregarding your mischaracterizations, a few questions so we can properly consider your request:
Why do you need 45 days?
What would prevent you from filing a responsive pleading in 30 days?

Greg Love
Steckler Wayne Love, PLLC
107 East Main Street
Henderson, Texas 75652
903.212.4444
www.stecklerlaw.com<http://www.stecklerlaw.com>><http://www.stecklerlaw.com<http://www.steckl
erlaw.com>>><http://www.stecklerlaw.com<http://www.stecklerlaw.com>>><http://www.stecklerlaw.
com/<http://www.stecklerlaw.com/>><e%3chttp:/www.stecklerlaw.com/%3chttp:/www.stecklerlaw.co
m/%3e%3e>
(Mobile Device)


On Oct 18, 2024, at 1:45 PM, Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@l
ynnllp.com>>> wrote:

Greg, thank you for agreeing to at least 30 days. However, I am again respectfully requesting 45 days. We
had been trying to reach you many times to get an answer to our simple request for an extension of 45
days, then only under threat of motion practice do you respond saying you agree to only 30 days. As you
know, in the complaint Valtrus indicates that it does even intend to proceed with this case, but rather will
seek to stay it. And despite our repeated requests for an answer as to how, if at all, Valtrus intends to
proceed in this case you you haven't told us this either. This makes your refusal to agree to 45 days seem
all the more unreasonable and confusing. Please let me know. Thank you for your courtesies,
Michael

MICHAEL K. HURST, Partner
Board Certified – Civil Trial Law
Texas Board of Legal Specialization

Board Certified – Civil Trial Advocate
National Board of Trial Advocacy

Lynn Pinker Hurst & Schwegmann
Direct 214 981 3838
Main 214 981 3800
mhurst@lynnllp.com<mailto:mhurst@lynnllp.com<mailto:mhurst@lynnllp.com%3cmailto:mhurst@lyn
nllp.com>>

Top 100 Lawyers in Texas and DFW – Super Lawyers
Top Commercial Litigation Lawyer in DFW – Chambers & Partners
Lawyer of the Year – Best Lawyers (2021, 2023)

EXHIBIT B

Best Lawyers Hall of Fame – D Magazine (2022)

<image001.jpg>

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

From: Greg Love
<Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com<mailto:Greg@stecklerlaw.com%3cmailto:Greg@stecklerlaw.com>>>
Sent: Friday, October 18, 2024 6:11 AM
To: Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>>>
Cc: Amy Proctor
<AProctor@irell.com<mailto:AProctor@irell.com<mailto:AProctor@irell.com%3cmailto:AProctor@irell.com>>>;jsheasby@irell.com<mailto:jsheasby@irell.com>; che-schaefer@irell.com<mailto:che-schaefer@irell.com<mailto:che-schaefer@irell.com%3cmailto:che-schaefer@irell.com>>; Michael K. Hurst
<MHurst@lynnllp.com<mailto:MHurst@lynnllp.com<mailto:MHurst@lynnllp.com%3cmailto:MHurst@lynnllp.com>>>; Julia Simon
<jsimon@lynnllp.com<mailto:jsimon@lynnllp.com<mailto:jsimon@lynnllp.com%3cmailto:jsimon@lynnllp.com>>>; Chelsea Till
<ctill@lynnllp.com<mailto:ctill@lynnllp.com<mailto:ctill@lynnllp.com%3cmailto:ctill@lynnllp.com>>>; Tonia Ashworth
<TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com<mailto:TAshworth@lynnllp.com%3cmailto:TAshworth@lynnllp.com>>>; David Perlson
<davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com<mailto:davidperlson@quinnemanuel.com%3cmailto:davidperlson@quinnemanuel.com>>>; QE-Valtrus <qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com<mailto:qe-valtrus@quinnemanuel.com%3cmailto:qe-valtrus@quinnemanuel.com>>>
Subject: Re: Civil Action No. 3:24-cv-1795-G - Valtrus/KPI v. Google

Josh,

Valtrus will not oppose an extension request of 30 days.

Greg Love
Steckler Wayne Love, PLLC
107 East Main Street
Henderson, Texas 75652
903.212.4444

EXHIBIT B

www.swclaw.com<http://www.swclaw.com>><http://www.swclaw.com<http://www.swclaw.com>>><
http://www.swclaw.com<http://www.swclaw.com>>><http://www.swclaw.com/<http://www.swclaw.c
om/>>><e%3chttp:/www.swclaw.com/%3chttp:/www.swclaw.com/%3e%3e>
(Mobile Device)


On Oct 17, 2024, at 9:06 PM, Joshua Lang
<jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com
>>> wrote:

Good Evening Counsel,

I write concerning our attempts to confer on this matter. Last week, I reached out to Mr. Love's office to
discuss an extension of our deadline to respond to the complaint and to inquire on how Plaintiffs intend
to proceed with this second matter, given the related matter presently pending (and stayed) before Chief
Judge Godbey (Civil Action No. 3:22-cv-00066-N). Mr. Love and I could not connect, and I left a message
with his receptionist. This week, although Mr. Love and I were able to connect on Tuesday, he indicated
that he needed to speak with his team at Irell. Yesterday, he indicated that he was able to connect with
his team and expected to have a response to us today. We still have not received a response.

Accordingly, tomorrow, we will file a motion to extend our deadline to respond to the complaint. We will
file the motion as an opposed motion unless we hear otherwise. Additionally, given the fact that that our
response deadline is quickly approaching, we intend to mark the motion as expedited.


Thank you,
Josh


--
JOSHUA D. LANG, Attorney
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
lynnllp.com<http://lynnllp.com><http://lynnllp.com<http://lynnllp.com>><http://lynnllp.com<http://lyn
nllp.com>><http://lynnllp.com<http://lynnllp.com>>><http://www.lynnllp.com<https://url.us.m.mimeca
stprotect.com/s/cbzqCpYznEcA3AwEcYiVIGiE2Y><http://www.lynnllp.com<https://url.us.m.mimecastp
rotect.com/s/xg3wCxklyPlxoRAOUvhBlyqWRf>><https://url.us.m.mimecastprotect.com/s/Yk9_CxklyPlx
oxN5fwsBlysPIW<https://url.us.m.mimecastprotect.com/s/Yk9_CxklyPlxoxN5fwsBlysPIW><http://www.
lynnllp.com<https://url.us.m.mimecastprotect.com/s/cbzqCpYznEcA3AwEcYiVIGiE2Y>>>>

Direct Dial 214-292-3621
Cell Phone 859-360-9368

jlang@lynnllp.com<mailto:jlang@lynnllp.com<mailto:jlang@lynnllp.com%3cmailto:jlang@lynnllp.com>
>

The information contained in this communication is confidential, may be attorney-client privileged, may

EXHIBIT B

constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

<image001.jpg>

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

EXHIBIT B